

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 1, 2022

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Petrovic v. Mayorkas, et al.*, 22 Civ. 5874 (RA)

Dear Judge Abrams:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485).  I write respectfully, and jointly with counsel for the plaintiff pursuant to the Court's order, *see* ECF No. 9, to request that the initial conference be scheduled for the week of October 11, 2022 or thereafter, with the joint submission due a week before the conference.

The parties jointly request that the conference not occur until October, because as counsel for the plaintiff noted in his prior adjournment request, *see* ECF No. 8, the government was just served with the complaint by mail on July 25, 2022.  The government will need time to review the complaint, confer with USCIS, and determine next steps.  The parties will then need time to confer with each other about whether it will be possible to resolve this matter without further litigation.

We thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  *s/ Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

---

Application granted.

The conference is adjourned to October 14, 2022 at 11:45 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

The parties' joint letter and case management plan are due October 7, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
08/02/22